**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 525 EAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
DION NEWTON, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.